NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**CY TECHNOLOGY GROUP, LLC AND MOBGOB, LLC,**
*Plaintiffs/Counterclaim Defendants-Appellants,*

AND

**RICHARD YOON, SCOTT CHUNG AND TED CHUNG,**
*Third Party Defendants-Appellees,*

v.

**GROUPON, INC.,**
*Defendant/Counterclaimant/Third Party Plaintiff-Cross Appellant.*

---

2011-1568, -1598

---

Appeals from the United States District Court for the Central District of California in case no. 10-CV-7287, Senior Judge Mariana R. Pfaelzer.

---

**ON MOTION**

---

**O R D E R**

This court construes the letter from counsel for plaintiffs and third-party defendants dated January 17, 2012, as a motion to reform the caption. We also consider whether a special briefing schedule should issue.

The appellants and appellees are represented by the same firm. The appellees (who state that they are in opposition to the cross-appellant only) should file a combined responsive brief with the appellants that responds to the cross-appellant's opening brief.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion is granted. The revised official caption is reflected above.

(2) The appellants and appellees must file a combined response brief in response to the cross-appellant's opening brief. That combined response brief is due within 40 days of service of the cross-appellant's opening brief and may not exceed 14,000 words.

FOR THE COURT

FEB 13 2012
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc: Alexander C. D. Giza, Esq.
    David B. Abel, Esq.

s23

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

FEB 13 2012

JAN HORBALY
CLERK